# United States District Court
CENTRAL DISTRICT OF ILLINOIS

FILED
APR 15 2024
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Mario Devonne Washington Sr.

Plaintiff

vs.

Nathan Lewis #186 Officer
Kyle Winbigler, Sgt.
Kevin Legate, Dupty chief of Police
Galesburg Police Department
City of Galesburg
Russell Idle, chief of Police

Defendant(s)

Case No. 24-4065
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☑ Other federal law: retaliation, Harassment, Cruel and unusual punishment, violation of the Equal Protection Clause, Excessive force violation by Law enforcement, illegal search and seizure,

☐ Unknown    Fabrication of a traffic stop to create a hostile situation.

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

# II. PARTIES

A. Plaintiff:

Full Name: Mario Devonne Washington Sr.

Prison Identification Number: N/A

Current address: 675 Whiting Ave. Galesburg, Ill 61401. Phone Number: 309-948-3914

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Nathan Lewis

Current Job Title: Galesburg Police Department officer

Current Work Address: Galesburg Police Department 150 S. Broad St. Galesburg, Ill 61401   Phone No. 309-343-9151

Defendant #2:

Full Name: Kyle Winbigler

Current Job Title: Galesburg Police Department Sgt.

Current Work Address: Galesburg Police Department 150 S. Broad St. Galesburg, Ill 61401   Phone No. 309-343-9151

Defendant #3:

Full Name: Kevin Legate

Current Job Title: Deputy Chief of Police

Current Work Address: Galesburg Police Department 150 S. Broad St. Galesburg, Ill 61401   Phone No. 309-343-9151

Defendant #4:

Full Name: Russell Idle

Current Job Title: Galesburg Police Dept. Chief of Police

Current Work Address: Galesburg Police Department 150 S. Broad St. Galesburg, Ill 61401   Phone No. 309-343-9151

Defendant #5:

Full Name: The Galesburg Police Department

Current Job Title: The Galesburg Police

Current Work Address: Galesburg Police Department 150 S. Broad St. Galesburg, Ill 61401   Phone No. 309-343-9151

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☑   No ☐

If yes, please describe: Officer Nathan Lewis, Kyle Winbigler, Kevin Legate are Named in other Complaints but continue to retaliate against Plantiff for filing past Complaints.

B. Have you brought any other lawsuits in federal court while incarcerated?   Yes ☑   No ☐   Filed when I was released.

3

Additional Defendants
---

Defendant #6:

Full Name: City of Galesburg

Current Job Title: City of Galesburg Authority

Current Work Address: Galesburg City Hall
55 W. Tompkins St. Galesburg, ILL 61401
Phone Number:
309-343-4181

③

C. If your answer to B is yes, how many? 2   Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number Central District of Illinois. Washington v. Carnes et al Case No. 4:22-CV-04023
2. Basic claim made Due Process Violation, The Galesburg Police murdered Russell Calhoun Aug 1, 2020 and tried to frame Plaintiff.
3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) Still Pending

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☐   No ☑

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑   No ☐

If your answer is no, explain why not I made calls to speak with Authority at the Galesburg Police station and I filed several complaints

C. Is the grievance process completed?  Yes ☑   No ☐

4

Page #4

1. Name of Case, Court and Docket Number: The District of Nebraska, Case Number 8:22-CV-159. Mario Devonne Washington VS. Dupty Korey Goplin, Jeffrey Brown, Dustin Cullen, Sheriff Paul M. VRBKA.

2. Basic Claim made: Galesburg Police officer Detective Kyle Winbigler ordered York County Nebraska Police to seize 3 cell phones without consent and out of Plantiffs sealed property and out his vehicle at Moguls tow yard and the 3 cell phones contained Exculpatory evidence regarding Galesburg Police killing Russell Calhoun on Aug. 1, 2020 without search warrants or chain of custody of the 3 cell phones in bad faith to retaliate against Plaintiff.

3. Disposition: Still Pending in the District of Nebraska.

(4)

## V. STATEMENT OF CLAIM

Place(s) of the occurrence: Whiting Street, The Knox County Jail, over the Phone, U.S. Mail.

Date(s) of the occurrence: 2-25-2024, 3-6-2024, June 30, 2023, February 4th, 2022.

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On February 4th, 2022 Detectives Kevin Legate and Kyle Winbigler was named in a civil complaint by Plantiff for a false arrest claim that Plantiff was exonorated from and on June 30th 2023 Galesburg Police Officer Nathan Lewis was Named in a civil complaint as well Galesburg Chief of Police Russell L. Idle for violation of Plantiff constitutional by the Galesburg Police Dept. and the Knox County's States Attorney Jeremy Karlin whom is all have conspired together to retaliate against Plantiff for speaking out for the murder of Russell Calhoun by the hands of the Galesburg Police Dept, which the Knox County States Attorney Jeremy Karlin has knowledge and evidence and the snap-chat video and audio of the Murder but allows with the state and the city of Galesburg to not to process the case in a legal and lawful manner but further their retaliation on 2-25-2024 officer Nathan Lewis followed Plantiff from Farnham St and E. Knox St to a house away from 675 Whiting Ave where Plantiff resides and where all witness came from to record the stop. Officer Lewis fabricated the traffic stop, Plantiff used his

5

right turning signal and Plantiff was driving his faimly company vehicle on officer Lewis fabricated the stop he failed to tell Plantiff why he stopped him and if Plantiff had a warrant he then placed strips in front of the vehicle to cause a hostile situation then he had officer Kobe Ramirez fail to tell Plantiff why he was stopped and once Plantiff got out the vehile officer Ramirez, and Lewis and several other officer came and grabbed Plantiff and some one was being excessively aggressive by grabing Plantiff by the arms and the wrists extremely hard so Plantiff told officer Kobe Ramirez that he did not have toget aggressive and Mr. Ramirez stated I'm not getting aggressive Plantiff Noticed it was Nathan Lewis whom had his wrist tight and Plantiff told all them they didn't have to get aggressive. Plantiff was a house away from home had 2 Licence Drivers that came out and they are on the vehicles insurance and officer Lewis refused to let them take the vehicle which had no contraband so he could retaliate and force Plantiff to pay $500.00 and $195.00 in a unlawful manner to retaliate against the Plantiff and his faimly whom recorded the whole situation. while in the Police vehile Plantiff informed Mr. Lewis that they didn't have to harass him and that the cuffs where to tight and during the arrial to the Knox County jail the intake officers stated the cuffs where way to tight and Ms. Houston the intake officer is a witness as well as the other booking officer. on 3-6-2024 Plantiff recieved a respone to Dupty Loyedes response to Plantiffs Complaints whom saw no wrong doing in retaliation allowed and aproved by Chief of Police Russell Idle and the city of Gralesburg for allowing currupt officers.

6

The City of Galesburg does not have the Mayor or Chief of Police discipline the officers for their wrong doings under the U.S. Constitution. Mr. Idle has been doing in house investigations and seeing his officers in the clear as they violated Plantiffs rights to retaliate in bad faith. On 2-25-2024 Plantiff called The Galesburg Police Dept. at 5:05 A.M. to speak with authority regarding Mr. Lewis's retaliation tactics and from 5:05 AM - 5:17 AM Plantiff spoke with Sgt. Kyle Winbigler while 2 witness Ms. Harris and Mr. Moren was present all was explained and Plantiff informed Mr. Winbigler that Mr. Lewis lost or stole a cell phone out the vehicle at the stop and Mr. Kyle Winbigler stated that he would do the same thing again by having officers seize cell phones without search warrants so the Sgt. informed Plantiff that he is or will violate Due Process violations and the officer said that someone else will call back because of our history that he couldn't due it but he advised he will violate Plantiffs rights again search warrants are needed for the rest of the world except Plantiff. No officer called Duptry Chief of Police Kevin Legate provide his respone dated March 1st 2024 there is no way that Kevin Legate saw any body cam and the investigation of Plantiffs complaint has revealed that Allegations against Officer Lewis are "Exonorated" to futher retaliate against Plantiff. On 3-27-2024 all traffic Allegations dismissed by Knox County Assistant States Attorney Jon Schlake to show that all conspired against Plantiff in bad faith.

7

## RELIEF REQUESTED

(State what relief you want from the court.)

I request 2 million dollars and $500.00 and $195.00 for the tow fee. and I also request to have all Defendants retire or be terminated for not upholding the law they use it to retaliate for their person gain.

JURY DEMAND          Yes ✓    No ☐

Signed this __4Th__ day of __April__, 20__24__.

_____
( Signature of Plaintiff)

| Name of Plaintiff: Mario Devonne Washington Sr. | Inmate Identification Number: N/A |
|---|---|
| Address: 675 Whiting Ave. Galesburg, ILL 61401 | Telephone Number: 309-948-3914 |

Exhibit-A



# OFFICE OF THE ATTORNEY GENERAL
## STATE OF ILLINOIS

**KWAME RAOUL**
ATTORNEY GENERAL

March 27, 2024

**SENT U.S. MAIL**
Mario Washington
675 Whiting Ave
Galesburg, IL 61401

Re: Your Complaint Against Knox County Assistant States Attorney.
2024-CRC-5891

Dear Mario Washington,

The Civil Rights Bureau of the Illinois Attorney General's Office has received a copy of your complaint against Knox County Assistant States Attorney. Thank you for taking the time to share with us the details of what you experienced.

Unfortunately, the Civil Rights Bureau will not investigate further at this time. We have documented the incidents to track whether the conduct continues or indicates a possible pattern or practice of discrimination.

This should not be considered a final determination of the merits of your allegations or the result of any formal findings of fact or law. The Illinois Attorney General's Office represents the State of Illinois and the interests of the people living here, not the individual making a complaint. We cannot provide legal advice, represent you as your personal lawyer, or seek monetary or other relief on your behalf. Therefore, if you wish to proceed with possible claims, you may want to speak with an attorney or contact the organization listed below for legal service.

**Attorney Registration and Disciplinary Commission (ARDC)**
3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
Phone: (217) 546-3523 or (800) 252-8048 (within IL)
Website: https://www.iardc.org/Home/FileComplaint

Page 1 of 2

If you believe that we can assist you with any other civil rights-related matters, please do not hesitate to contact our office. If you have any questions about the work our Bureau handles or general civil rights-related questions, feel free to call our hotline at (312) 814-3400.

Sincerely,

**THE OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF ILLINOIS**

